**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 177 EAL 2020

          Respondent          :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

          v.                    :

                               :

KAHHIM ODOM,                :

          Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.